**Order entered September 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01670-CV

## D&J REAL ESTATE SERVICES, INC. D/B/A RE/MAX PREMIER GROUP AND STELLA BITNER, Appellants

## V.

## GREG L. PERKINS AND JESSICA J. PERKINS, Appellees

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-00559-2011**

## ORDER

We **GRANT** appellees/cross-appellants' September 23, 2014 agreed motion for extension of time to file their reply brief and **ORDER** the brief be filed no later than October 15, 2014. No further extensions will be granted absent exigent circumstances.

/s/     CRAIG STODDART
         JUSTICE